UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## PLAINTIFFS' NOTICE OF DESIGNATION OF LEAD COUNSEL

Plaintiffs, Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, pursuant to M.D. Fla. Local Rule 2.02, hereby notifies the Court and all parties that Brian H. Pollock, Esq., of FairLaw Firm, is designated as Plaintiffs' lead counsel.

Respectfully submitted this 16th day of December 2024,

                        Brian H. Pollock, Esq.
                        Brian H. Pollock, Esq.
                        Fla. Bar No. 174742
                        brian@fairlawattorney.com
                        FAIRLAW FIRM
                        135 San Lorenzo Avenue
                        Suite 770
                        Coral Gables, FL 33146
                        Tel:   305.230.4884

*Counsel for Plaintiffs*