UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,
vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

**PLAINTIFFS' NOTICE OF FILING WAIVER OF SERVICE BY DEFENDANT, STONEY'S STEAKHOUSE, INC.**

Plaintiffs, Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, file the Waiver of Service executed by Defendant, Stoney's Steakhouse, Inc., dated December 17, 2024.

Dated this 17th day of December 2024.

    s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.
    Fla. Bar No. 174742
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiffs*