UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE,
INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFFS

Patrick Brooks LaRou, Esq. of the FairLaw Firm notifies the Court and all parties of his appearance as counsel for Plaintiffs, Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Respectfully submitted this 2nd day of January 2025.

<u>s/Patrick Brooks LaRou, Esq.</u>
Patrick Brooks LaRou, Esq.
Florida Bar No. 1039018
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*
