UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDULUS, AND
SANTELUS SAIMPRE,

    *Plaintiffs*,

v.                                                                                       NO. 2:24-CV-01137-JES/KCD

STONEY'S STEAKHOUSE, INC.,

    *Defendant.*

---

### NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Respectfully submitted this 2nd day of January 2025.

s/ Brian H. Pollock, Esq.  
Brian H. Pollock, Esq. (174742)  
brian@fairlawattorney.com  
Patrick Brooks LaRou, Esq. (1039018)  
brooks@fairlawattorney.com  
FAIRLAW FIRM  
135 San Lorenzo Avenue, Suite 770  
Coral Gables, Florida 33146  
Telephone: (305) 230-4884  
*Counsel for Plaintiffs*

2