UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

      Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

      Defendant.

_____/

## DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT

Defendant Stoney's Steakhouse, Inc. ("Defendant") by and through its undersigned counsel, hereby files its Answer to each consecutively numbered paragraph of the Complaint filed by Plaintiff Joseph Germain ("Plaintiff Germain"), Plaintiff Jesune Dervil ("Plaintiff Dervil"), Plaintiff Merprilus Predelus ("Plaintiff Predelus"), and Plaintiff Santelus Saimpre ("Plaintiff Saimpre") (referred to collectively as "Plaintiffs") as follows:

### *Introduction*

1.    Defendant denies the allegations contained in Paragraph 1 of the Complaint, except Defendant admits that Plaintiffs worked for Defendant and

4917-0096-9991

Defendant admits that Plaintiffs purport to bring this action to address alleged race and national origin discrimination against them.  Defendant denies that it subjected Plaintiffs to any discrimination.

### *Parties*

2.      Defendant admits that Plaintiff Germain is over the age of 18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 2 of the Complaint and therefore, denies those remaining allegations on this basis.

3.      Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint and therefore, denies the allegations on this basis.

4.      Defendant admits the allegations contained in Paragraph 4 of the Complaint.

5.      Defendant denies the allegations contained in Paragraph 5 of the Complaint, except Defendant admits that Plaintiff Germain worked as Head Chef for Defendant during part of his employment.

6.      Defendant admits that Plaintiff Dervil is over the age of 18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 6 of the Complaint and therefore, denies those remaining allegations on this basis.

7.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint and therefore, denies the allegations on this basis.

8.    Defendant admits the allegations contained in Paragraph 8 of the Complaint.

9.    Defendant admits the allegations contained in Paragraph 9 of the Complaint.

10.    Defendant admits that Plaintiff Predelus is over the age of 18. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 10 of the Complaint and therefore, denies those remaining allegations on this basis.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and therefore, denies the allegations on this basis.

12.    Defendant admits the allegations contained in Paragraph 12 of the Complaint.

13.    Defendant denies the allegations contained in Paragraph 13 of the Complaint.

14.    Defendant admits that Plaintiff Saimpre is over the age of 18. Defendant is without knowledge or information sufficient to form a belief as to

the truth of the remaining allegations contained in Paragraph 14 of the Complaint and therefore, denies those remaining allegations on this basis.

15.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint and therefore, denies the allegations on this basis.

16.    Defendant admits the allegations contained in Paragraph 16 of the Complaint.

17.    Defendant admits the allegations contained in Paragraph 17 of the Complaint.

18.    Defendant denies the allegations contained in Paragraph 19 of the Complaint, except Defendant admits that it was a for-profit restaurant that conducted business in this District during the employment of Plaintiffs.

19.    Defendant admits the allegations contained in Paragraph 19 of the Complaint.

20.    Defendant admits the allegations contained in Paragraph 20 of the Complaint.

21.    Paragraph 21 of the Complaint solely contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations contained in this paragraph.

*Jurisdiction and Venue*

22.    Defendant admits that Plaintiffs purport to bring this as an action for damages greater than $100,00 and that this Court has jurisdiction over this matter.  Defendant denies that it subjected Plaintiffs to any unlawful treatment and further denies that Plaintiffs are entitled to recover any damages in this action.

23.    Paragraph 23 of the Complaint solely contains legal conclusions to which no response is required. To the extent a response is required, Defendant admits the allegations contained in this paragraph.

24.    Paragraph 24 of the Complaint solely contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations contained in this paragraph.

25.    Paragraph 25 of the Complaint solely contains legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that Plaintiffs dual-filed Charges of Discrimination with the EEOC and the FCHR and that more than 180 days have elapsed since the filing of Plaintiffs' Charges of Discrimination.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint and therefore, denies the allegations on this basis.

### Common Factual Allegations

27.     Defendant denies the allegations contained in Paragraph 27 of the Complaint.

28.     Defendant denies the allegations contained in Paragraph 28 of the Complaint.

29.     Defendant denies the allegations contained in Paragraph 29 of the Complaint, except Defendant admits that it hired a consultant (David O'Donnell) and that he is White and not from Haiti.

30.     Defendant denies the allegations contained in Paragraph 30 of the Complaint.

31.     Defendant denies the allegations contained in Paragraph 31 of the Complaint.

32.     Defendant denies the allegations contained in Paragraph 32 of the Complaint.

33.     Defendant denies the allegations contained in Paragraph 33 of the Complaint, except Defendant admits that Plaintiffs were informed about the termination of their employment on October 16, 2023.

34.     Defendant denies the allegations contained in Paragraph 34 of the Complaint.

## COUNT I – VIOLATION OF 42 U.S.C. §1981
### (RACE DISCRIMINATION)

35.     Defendant reasserts its answers to Paragraphs 1-34 as if stated herein in full.

36.     Paragraph 36 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of 42 U.S.C. §1981 speaks for itself and that 42 U.S.C. §1981 prohibits race discrimination.

37.     Defendant denies the allegations contained in Paragraph 37 of the Complaint.

38.     Defendant denies the allegations contained in Paragraph 38 of the Complaint.

39.     Defendant denies the allegations contained in Paragraph 39 of the Complaint.

## COUNT I$_A$ – §1981 CLAIM
### (BY JOSEPH GERMAIN)

40.     Defendant denies the allegations contained in Paragraph 40 of the Complaint.

41.     Defendant denies the allegations contained in Paragraph 41 of the Complaint.

42.     Defendant admits the allegations contained in Paragraph 42 of the Complaint.

43.     Defendant denies the allegations contained in Paragraph 43 of the Complaint.

44.     Defendant denies the allegations contained in Paragraph 44 of the Complaint.

45.     Defendant denies the allegations contained in Paragraph 45 of the Complaint.

46.     Defendant denies the allegations contained in Paragraph 46 of the Complaint.

47.     Defendant denies the allegations contained in Paragraph 47 of the Complaint.

48.     Defendant denies the allegations contained in Paragraph 48 of the Complaint.

49.     Defendant denies the allegations contained in Paragraph 49 of the Complaint.

50.     Defendant denies the allegations contained in Paragraph 50 of the Complaint.

## COUNT I<sub>B</sub> – §1981 CLAIM
**(BY JESUNE DERVIL)**

51.    Defendant denies the allegations contained in Paragraph 51 of the Complaint.

52.    Defendant denies the allegations contained in Paragraph 52 of the Complaint.

53.    Defendant admits the allegations contained in Paragraph 53 of the Complaint.

54.    Defendant denies the allegations contained in Paragraph 54 of the Complaint.

55.    Defendant denies the allegations contained in Paragraph 55 of the Complaint.

56.    Defendant denies the allegations contained in Paragraph 56 of the Complaint.

57.    Defendant denies the allegations contained in Paragraph 57 of the Complaint.

58.    Defendant denies the allegations contained in Paragraph 58 of the Complaint.

59.    Defendant denies the allegations contained in Paragraph 59 of the Complaint.

60.     Defendant denies the allegations contained in Paragraph 60 of the Complaint.

61.     Defendant denies the allegations contained in Paragraph 61 of the Complaint.

## COUNT I$_C$ – §1981 CLAIM
## (BY MEPRILUS PREDELUS)

62.     Defendant denies the allegations contained in Paragraph 62 of the Complaint.

63.     Defendant denies the allegations contained in Paragraph 63 of the Complaint.

64.     Defendant admits the allegations contained in Paragraph 64 of the Complaint.

65.     Defendant denies the allegations contained in Paragraph 65 of the Complaint.

66.     Defendant denies the allegations contained in Paragraph 66 of the Complaint.

67.     Defendant denies the allegations contained in Paragraph 67 of the Complaint.

68.     Defendant denies the allegations contained in Paragraph 68 of the Complaint.

69.    Defendant denies the allegations contained in Paragraph 69 of the Complaint.

70.    Defendant denies the allegations contained in Paragraph 70 of the Complaint.

71.    Defendant denies the allegations contained in Paragraph 71 of the Complaint.

72.    Defendant denies the allegations contained in Paragraph 72 of the Complaint.

## COUNT I$_D$ – §1981 CLAIM
### (BY SANTELUS SAIMPRE)

73.    Defendant denies the allegations contained in Paragraph 73 of the Complaint.

74.    Defendant denies the allegations contained in Paragraph 74 of the Complaint.

75.    Defendant denies the allegations contained in Paragraph 75 of the Complaint.

76.    Defendant denies the allegations contained in Paragraph 76 of the Complaint.

77.    Defendant denies the allegations contained in Paragraph 77 of the Complaint.

78.     Defendant denies the allegations contained in Paragraph 78 of the Complaint.

79.     Defendant denies the allegations contained in Paragraph 79 of the Complaint.

80.     Defendant denies the allegations contained in Paragraph 80 of the Complaint.

81.     Defendant denies the allegations contained in Paragraph 81 of the Complaint.

82.     Defendant denies the allegations contained in Paragraph 82 of the Complaint.

83.     Defendant denies the allegations contained in Paragraph 83 of the Complaint.

## COUNT I
## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief requested in the "Prayer for Relief" section of Count I of the Complaint.

## COUNT II – VIOLATION(S) OF TITLE VII
## (RACE)

Defendant reasserts its answers to Paragraphs 1-34 as if stated herein in full.

84.     Paragraph 84 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiffs.

85.     Paragraph 85 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of Title VII of the Civil Rights Act speaks for itself and that Title VII of the Civil Rights Act prohibits discrimination.

**COUNT II$_A$ – TITLE VII RACE CLAIM**
**(BY JOSEPH GERMAIN)**

86.     Paragraph 86 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Germain.

87.     Defendant denies the allegations contained in Paragraph 87 of the Complaint.

88.     Defendant denies the allegations contained in Paragraph 88 of the Complaint.

89.     Defendant admits the allegations contained in Paragraph 89 of the Complaint.

90.     Defendant denies the allegations contained in Paragraph 90 of the Complaint.

91.     Defendant denies the allegations contained in Paragraph 91 of the Complaint.

92.     Defendant denies the allegations contained in Paragraph 92 of the Complaint.

93.     Defendant denies the allegations contained in Paragraph 93 of the Complaint.

94.     Defendant denies the allegations contained in Paragraph 94 of the Complaint.

95.     Defendant denies the allegations contained in Paragraph 95 of the Complaint.

96.     Defendant denies the allegations contained in Paragraph 96 of the Complaint.

97.     Defendant denies the allegations contained in Paragraph 97 of the Complaint.

98.     Defendant denies the allegations contained in Paragraph 98 of the Complaint.

**COUNT II<sub>B</sub> – TITLE VII RACE CLAIM**
**(BY JESUNE DERVIL)**

99.     Paragraph 99 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Dervil.

100.    Defendant denies the allegations contained in Paragraph 100 of the Complaint.

101.    Defendant denies the allegations contained in Paragraph 101 of the Complaint.

102.    Defendant admits the allegations contained in Paragraph 102 of the Complaint.

103.    Defendant denies the allegations contained in Paragraph 103 of the Complaint.

104.    Defendant denies the allegations contained in Paragraph 104 of the Complaint.

105.    Defendant denies the allegations contained in Paragraph 105 of the Complaint.

106.    Defendant denies the allegations contained in Paragraph 106 of the Complaint.

107.    Defendant denies the allegations contained in Paragraph 107 of the Complaint.

108.    Defendant denies the allegations contained in Paragraph 108 of the Complaint.

109.    Defendant denies the allegations contained in Paragraph 109 of the Complaint.

110.    Defendant denies the allegations contained in Paragraph 110 of the Complaint.

111.    Defendant denies the allegations contained in Paragraph 111 of the Complaint.

<u>**COUNT II$_C$ – TITLE VII RACE CLAIM**</u>
**(BY MEPRILUS PREDELUS)**

112.    Paragraph 112 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Predelus.

113.    Defendant denies the allegations contained in Paragraph 113 of the Complaint.

114.    Defendant denies the allegations contained in Paragraph 114 of the Complaint.

115.    Defendant admits the allegations contained in Paragraph 115 of the Complaint.

116.    Defendant denies the allegations contained in Paragraph 116 of the Complaint.

117.    Defendant denies the allegations contained in Paragraph 117 of the Complaint.

118.    Defendant denies the allegations contained in Paragraph 118 of the Complaint.

119.    Defendant denies the allegations contained in Paragraph 119 of the Complaint.

120.    Defendant denies the allegations contained in Paragraph 120 of the Complaint.

121.    Defendant denies the allegations contained in Paragraph 121 of the Complaint.

122.    Defendant denies the allegations contained in Paragraph 122 of the Complaint.

123.    Defendant denies the allegations contained in Paragraph 123 of the Complaint.

124.    Defendant denies the allegations contained in Paragraph 124 of the Complaint.

## COUNT II$_D$ – TITLE VII RACE CLAIM
### (BY SANTELUS SAIMPRE)

125.    Paragraph 125 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Saimpre.

126.    Defendant denies the allegations contained in Paragraph 126 of the Complaint.

127.    Defendant denies the allegations contained in Paragraph 127 of the Complaint.

128.    Defendant admits the allegations contained in Paragraph 128 of the Complaint.

129.    Defendant denies the allegations contained in Paragraph 129 of the Complaint.

130.    Defendant denies the allegations contained in Paragraph 130 of the Complaint.

131.    Defendant denies the allegations contained in Paragraph 131 of the Complaint.

132.    Defendant denies the allegations contained in Paragraph 132 of the Complaint.

133.    Defendant denies the allegations contained in Paragraph 133 of the Complaint.

134.    Defendant denies the allegations contained in Paragraph 134 of the Complaint.

135.    Defendant denies the allegations contained in Paragraph 135 of the Complaint.

136.    Defendant denies the allegations contained in Paragraph 136 of the Complaint.

137.    Defendant denies the allegations contained in Paragraph 137 of the Complaint.

## COUNT II
## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief requested in the "Prayer for Relief" section of Count II of the Complaint.

## COUNT III – VIOLATION(S) OF TITLE VII
## (NATIONAL ORIGIN)

138.    Paragraph 138 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiffs.

139.    Paragraph 139 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of Title VII of the Civil Rights Act speaks for itself and that Title VII of the Civil Rights Act prohibits discrimination.

## COUNT III$_A$ – TITLE VII NATIONAL ORIGIN CLAIM
### (BY JOSEPH GERMAIN)

140.    Paragraph 140 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Germain.

141.    Defendant denies the allegations contained in Paragraph 141 of the Complaint.

142.    Defendant denies the allegations contained in Paragraph 142 of the Complaint.

143.    Defendant admits the allegations contained in Paragraph 143 of the Complaint.

144.    Defendant denies the allegations contained in Paragraph 144 of the Complaint.

145.    Defendant denies the allegations contained in Paragraph 145 of the Complaint.

146.    Defendant denies the allegations contained in Paragraph 146 of the Complaint.

147.    Defendant denies the allegations contained in Paragraph 147 of the Complaint.

148.    Defendant denies the allegations contained in Paragraph 148 of the Complaint.

149.    Defendant denies the allegations contained in Paragraph 149 of the Complaint.

150.    Defendant denies the allegations contained in Paragraph 150 of the Complaint.

151.    Defendant denies the allegations contained in Paragraph 151 of the Complaint.

152.    Defendant denies the allegations contained in Paragraph 152 of the Complaint.

## COUNT III$_B$ – TITLE VII NATIONAL ORIGIN CLAIM
### (BY JESUNE DERVIL)

153.    Paragraph 153 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Dervil.

154.     Defendant denies the allegations contained in Paragraph 154 of the Complaint.

155.     Defendant denies the allegations contained in Paragraph 155 of the Complaint.

156.     Defendant admits the allegations contained in Paragraph 156 of the Complaint.

157.     Defendant denies the allegations contained in Paragraph 157 of the Complaint.

158.     Defendant denies the allegations contained in Paragraph 158 of the Complaint.

159.     Defendant denies the allegations contained in Paragraph 159 of the Complaint.

160.     Defendant denies the allegations contained in Paragraph 160 of the Complaint.

161.     Defendant denies the allegations contained in Paragraph 161 of the Complaint.

162.     Defendant denies the allegations contained in Paragraph 162 of the Complaint.

163.     Defendant denies the allegations contained in Paragraph 163 of the Complaint.

164.    Defendant denies the allegations contained in Paragraph 164 of the Complaint.

165.    Defendant denies the allegations contained in Paragraph 165 of the Complaint.

## COUNT III$_C$ – TITLE VII NATIONAL ORIGIN CLAIM
### (BY MEPRILUS PREDELUS)

166.    Paragraph 166 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Predelus.

167.    Defendant denies the allegations contained in Paragraph 167 of the Complaint.

168.    Defendant denies the allegations contained in Paragraph 168 of the Complaint.

169.    Defendant admits the allegations contained in Paragraph 169 of the Complaint.

170.    Defendant denies the allegations contained in Paragraph 170 of the Complaint.

171.    Defendant denies the allegations contained in Paragraph 171 of the Complaint.

172.    Defendant denies the allegations contained in Paragraph 172 of the Complaint.

173.    Defendant denies the allegations contained in Paragraph 173 of the Complaint.

174.    Defendant denies the allegations contained in Paragraph 174 of the Complaint.

175.    Defendant denies the allegations contained in Paragraph 175 of the Complaint.

176.    Defendant denies the allegations contained in Paragraph 176 of the Complaint.

177.    Defendant denies the allegations contained in Paragraph 177 of the Complaint.

178.    Defendant denies the allegations contained in Paragraph 178 of the Complaint.

**COUNT III$_D$ – TITLE VII NATIONAL ORIGIN CLAIM**
**(BY SANTELUS SAIMPRE)**

179.    Paragraph 179 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiff Saimpre.

180.    Defendant denies the allegations contained in Paragraph 180 of the Complaint.

181.    Defendant denies the allegations contained in Paragraph 181 of the Complaint.

182.    Defendant admits the allegations contained in Paragraph 182 of the Complaint.

183.    Defendant denies the allegations contained in Paragraph 183 of the Complaint.

184.    Defendant denies the allegations contained in Paragraph 184 of the Complaint.

185.    Defendant denies the allegations contained in Paragraph 185 of the Complaint.

186.    Defendant denies the allegations contained in Paragraph 186 of the Complaint.

187.    Defendant denies the allegations contained in Paragraph 187 of the Complaint.

188.    Defendant denies the allegations contained in Paragraph 188 of the Complaint.

189.    Defendant denies the allegations contained in Paragraph 189 of the Complaint.

190.    Defendant denies the allegations contained in Paragraph 190 of the Complaint.

191.    Defendant denies the allegations contained in Paragraph 191 of the Complaint.

## COUNT III
## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief requested in the "Prayer for Relief" section of Count III of the Complaint.

## COUNT IV – VIOLATION(S) OF FLORIDA CIVIL RIGHTS ACT
## (RACE)

Defendant reasserts its answers to Paragraphs 1-34 as if stated herein in full.

192.    Paragraph 192 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of the Florida Civil Rights Act ("FCRA") speaks for itself and that the FCRA prohibits race discrimination.

193.    Paragraph 193 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiffs and that it employed more than 15 people in 20 or more calendar weeks.

194.   Paragraph 194 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of the FCRA speaks for itself and that the FCRA prohibits race discrimination.

195.   Paragraph 195 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of the FCRA speaks for itself and that the FCRA allows a prevailing employee to recover damages and other relief.

<u>COUNT IV<sub>A</sub> – FCRA RACE CLAIM</u>
**(BY JOSEPH GERMAIN)**

196.   Defendant denies the allegations contained in Paragraph 196 of the Complaint.

197.   Defendant denies the allegations contained in Paragraph 197 of the Complaint.

198.   Defendant admits the allegations contained in Paragraph 198 of the Complaint.

199.   Defendant denies the allegations contained in Paragraph 199 of the Complaint.

200.   Defendant denies the allegations contained in Paragraph 200 of the Complaint.

201.    Defendant denies the allegations contained in Paragraph 201 of the Complaint.

202.    Defendant denies the allegations contained in Paragraph 201 of the Complaint.

203.    Defendant denies the allegations contained in Paragraph 203 of the Complaint.

204.    Defendant denies the allegations contained in Paragraph 204 of the Complaint.

205.    Defendant denies the allegations contained in Paragraph 205 of the Complaint.

206.    Defendant denies the allegations contained in Paragraph 206 of the Complaint.

207.    Defendant denies the allegations contained in Paragraph 207 of the Complaint.

## COUNT IV$_B$ – FCRA RACE CLAIM
### (BY JESUNE DERVIL)

208.    Defendant denies the allegations contained in Paragraph 208 of the Complaint.

209.    Defendant denies the allegations contained in Paragraph 209 of the Complaint.

210.    Defendant admits the allegations contained in Paragraph 210 of the Complaint.

211.    Defendant denies the allegations contained in Paragraph 211 of the Complaint.

212.    Defendant denies the allegations contained in Paragraph 212 of the Complaint.

213.    Defendant denies the allegations contained in Paragraph 213 of the Complaint.

214.    Defendant denies the allegations contained in Paragraph 214 of the Complaint.

215.    Defendant denies the allegations contained in Paragraph 215 of the Complaint.

216.    Defendant denies the allegations contained in Paragraph 216 of the Complaint.

217.    Defendant denies the allegations contained in Paragraph 217 of the Complaint.

218.    Defendant denies the allegations contained in Paragraph 218 of the Complaint.

219.    Defendant denies the allegations contained in Paragraph 219 of the Complaint.

## <u>COUNT IV<sub>C</sub> – FCRA RACE CLAIM</u>
### (BY MEPRILUS PREDELUS)

220.    Defendant denies the allegations contained in Paragraph 220 of the Complaint.

221.    Defendant denies the allegations contained in Paragraph 221 of the Complaint.

222.    Defendant admits the allegations contained in Paragraph 222 of the Complaint.

223.    Defendant denies the allegations contained in Paragraph 223 of the Complaint.

224.    Defendant denies the allegations contained in Paragraph 224 of the Complaint.

225.    Defendant denies the allegations contained in Paragraph 225 of the Complaint.

226.    Defendant denies the allegations contained in Paragraph 226 of the Complaint.

227.    Defendant denies the allegations contained in Paragraph 227 of the Complaint.

228.    Defendant denies the allegations contained in Paragraph 228 of the Complaint.

229.    Defendant denies the allegations contained in Paragraph 229 of the Complaint.

230.    Defendant denies the allegations contained in Paragraph 230 of the Complaint.

231.    Defendant denies the allegations contained in Paragraph 231 of the Complaint.

## COUNT IV$_D$ – FCRA RACE CLAIM
### (BY SANTELUS SAIMPRE)

232.    Defendant denies the allegations contained in Paragraph 232 of the Complaint.

233.    Defendant denies the allegations contained in Paragraph 233 of the Complaint.

234.    Defendant admits the allegations contained in Paragraph 234 of the Complaint.

235.    Defendant denies the allegations contained in Paragraph 235 of the Complaint.

236.    Defendant denies the allegations contained in Paragraph 236 of the Complaint.

237.    Defendant denies the allegations contained in Paragraph 237 of the Complaint.

238.    Defendant denies the allegations contained in Paragraph 238 of the Complaint.

239.    Defendant denies the allegations contained in Paragraph 239 of the Complaint.

240.    Defendant denies the allegations contained in Paragraph 240 of the Complaint.

241.    Defendant denies the allegations contained in Paragraph 241 of the Complaint.

242.    Defendant denies the allegations contained in Paragraph 242 of the Complaint.

243.    Defendant denies the allegations contained in Paragraph 243 of the Complaint.

**COUNT IV**
**PRAYER FOR RELIEF**

Defendant denies that Plaintiffs are entitled to any of the relief requested in the "Prayer for Relief" section of Count IV of the Complaint.

**COUNT V – VIOLATION OF FLORIDA CIVIL RIGHTS ACT**
**(NATIONAL ORIGIN)**

244.    Paragraph 244 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is

required, Defendant admits that the plain text of the Florida Civil Rights Act ("FCRA") speaks for itself and that the FCRA prohibits race discrimination.

245.   Paragraph 245 of the Complaint solely contains a legal conclusion to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in this paragraph, except Defendant admits that it employed Plaintiffs and that it employed more than 15 people in 20 or more calendar weeks.

246.   Paragraph 246 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of the FCRA speaks for itself and that the FCRA prohibits race discrimination.

247.   Paragraph 247 of the Complaint solely contains a purported restatement of law to which no response is required.  To the extent a response is required, Defendant admits that the plain text of the FCRA speaks for itself and that the FCRA allows a prevailing employee to recover damages and other relief.

## COUNT V$_A$ – FCRA NATIONAL ORIGIN CLAIM
### (BY JOSEPH GERMAIN)

248.   Defendant denies the allegations contained in Paragraph 248 of the Complaint.

249.   Defendant denies the allegations contained in Paragraph 249 of the Complaint.

250.    Defendant admits the allegations contained in Paragraph 250 of the Complaint.

251.    Defendant denies the allegations contained in Paragraph 251 of the Complaint.

252.    Defendant denies the allegations contained in Paragraph 252 of the Complaint.

253.    Defendant denies the allegations contained in Paragraph 253 of the Complaint.

254.    Defendant denies the allegations contained in Paragraph 254 of the Complaint.

255.    Defendant denies the allegations contained in Paragraph 255 of the Complaint.

256.    Defendant denies the allegations contained in Paragraph 256 of the Complaint.

257.    Defendant denies the allegations contained in Paragraph 257 of the Complaint.

258.    Defendant denies the allegations contained in Paragraph 258 of the Complaint.

259.    Defendant denies the allegations contained in Paragraph 259 of the Complaint.

## COUNT V<sub>B</sub> – FCRA NATIONAL ORIGIN CLAIM
### (BY JESUNE DERVIL)

260.    Defendant denies the allegations contained in Paragraph 260 of the Complaint.

261.    Defendant denies the allegations contained in Paragraph 261 of the Complaint.

262.    Defendant admits the allegations contained in Paragraph 262 of the Complaint.

263.    Defendant denies the allegations contained in Paragraph 263 of the Complaint.

264.    Defendant denies the allegations contained in Paragraph 264 of the Complaint.

265.    Defendant denies the allegations contained in Paragraph 265 of the Complaint.

266.    Defendant denies the allegations contained in Paragraph 266 of the Complaint.

267.    Defendant denies the allegations contained in Paragraph 267 of the Complaint.

268.    Defendant denies the allegations contained in Paragraph 268 of the Complaint.

269.    Defendant denies the allegations contained in Paragraph 269 of the Complaint.

270.    Defendant denies the allegations contained in Paragraph 270 of the Complaint.

271.    Defendant denies the allegations contained in Paragraph 271 of the Complaint.

### COUNT V$_C$ – FCRA NATIONAL ORIGIN CLAIM
### (BY JOSEPH GERMAIN)

272.    Defendant denies the allegations contained in Paragraph 272 of the Complaint.

273.    Defendant denies the allegations contained in Paragraph 273 of the Complaint.

274.    Defendant admits the allegations contained in Paragraph 274 of the Complaint.

275.    Defendant denies the allegations contained in Paragraph 275 of the Complaint.

276.    Defendant denies the allegations contained in Paragraph 276 of the Complaint.

277.    Defendant denies the allegations contained in Paragraph 277 of the Complaint.

278.    Defendant denies the allegations contained in Paragraph 278 of the Complaint.

279.    Defendant denies the allegations contained in Paragraph 279 of the Complaint.

280.    Defendant denies the allegations contained in Paragraph 280 of the Complaint.

281.    Defendant denies the allegations contained in Paragraph 281 of the Complaint.

282.    Defendant denies the allegations contained in Paragraph 282 of the Complaint.

283.    Defendant denies the allegations contained in Paragraph 283 of the Complaint.

## COUNT IV$_D$ – FCRA NATIONAL ORIGIN CLAIM
### (BY JOSEPH GERMAIN)

284.    Defendant denies the allegations contained in Paragraph 284 of the Complaint.

285.    Defendant denies the allegations contained in Paragraph 285 of the Complaint.

286.    Defendant admits the allegations contained in Paragraph 286 of the Complaint.

287.    Defendant denies the allegations contained in Paragraph 287 of the Complaint.

288.    Defendant denies the allegations contained in Paragraph 288 of the Complaint.

289.    Defendant denies the allegations contained in Paragraph 289 of the Complaint.

290.    Defendant denies the allegations contained in Paragraph 290 of the Complaint.

291.    Defendant denies the allegations contained in Paragraph 291 of the Complaint.

292.    Defendant denies the allegations contained in Paragraph 292 of the Complaint.

293.    Defendant denies the allegations contained in Paragraph 293 of the Complaint.

294.    Defendant denies the allegations contained in Paragraph 294 of the Complaint.

295.    Defendant denies the allegations contained in Paragraph 295 of the Complaint.

## COUNT V
## PRAYER FOR RELIEF

Defendant denies that Plaintiffs are entitled to any of the relief requested in the "Prayer for Relief" section of Count V of the Complaint.

## DEMAND FOR JURY TRIAL

Defendant admits that Plaintiffs demand a trial by jury on all issues so triable.

## STATEMENT OF DEFENSES

As separate defenses and without conceding Defendant bears the burden of proof or persuasion as to any of them, Defendant alleges as follows:

1.      Plaintiffs' claims may be barred, in whole or in part, in the event that any such claims exceed the applicable statute of limitations.

2.      Any injuries or damages allegedly sustained by Plaintiffs were solely the result of the actions or inactions of Plaintiffs and/or other non-parties, and Defendant did not have any control over them.

3.      Plaintiffs' Title VII and FCRA claims are barred, in whole or in part, to the extent they failed to satisfy jurisdictional prerequisites and other conditions precedent to bringing suit.

4.      Plaintiffs' FCRA claims are barred, in whole or in part, to the extent they exceed the scope of their Charges of Discrimination.

5.    Plaintiffs' claims may be barred, in whole or in part, by the doctrines of laches, estoppel, unclean hands, and/or waiver.

6.    Plaintiff's claims are barred to the extent that, if any employee of Defendant acted in a manner that violated Plaintiffs' rights and/or caused them harm, any such actions were committed outside the scope or course of the employee's employment and without Defendant's consent, knowledge or ratification.

7.    Plaintiffs' claims against Defendant and/or Plaintiffs' claims for damages against Defendant are barred on the grounds that even if any decision concerning Plaintiffs was based, in part, on unlawful discrimination, which it was not, Defendant would have reached the same decision absent any alleged discrimination.

8.    To the extent it is discovered that Plaintiffs engaged in conduct that would have resulted in the termination of their employment with Defendant, or would have precluded them from engaging in further employment, Plaintiffs are subject to the after-acquired evidence doctrine and limited in their recovery of remedies.

9.    Plaintiffs' claims for damages may be barred, in whole or in part, to the extent they failed to reasonably mitigate their alleged damages. Defendant is

entitled to a set-off against Plaintiffs' claims for damages in the amount that they did or could have earned through reasonable efforts.

10.     To the extent Plaintiffs seek an award of punitive damages, such damages are barred based on Defendant's good faith efforts to comply with the law.

Defendant reserves the right to amend or add any additional defenses that may become known during the course of discovery.

**WHEREFORE** Defendant respectfully requests that this Court: (a) dismiss Plaintiffs' Complaint with prejudice; (b) deny Plaintiffs' requests for relief; and (c) grant Defendant such other and further relief as the Court deems just and proper.

DATED this 11th day of February 2025.     Respectfully submitted,

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500

By: */s/ Aaron Reed*
     Aaron Reed
     Florida Bar No. 0557153
     E-mail: *areed@littler.com*

*Counsel for Defendant*

41

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of February 2025,  a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

*/s/ Aaron Reed*
Aaron Reed

## SERVICE LIST

**Counsel for Plaintiffs:**
Brian H. Pollock
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
E-mail: *brian@fairlawattorney.com*
*Served via CM/ECF*

4917-0096-9991.1