UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.  2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## NOTICE OF APPEARANCE AND LEAD COUNSEL DESIGNATION

Aaron Reed, Esq. of the law firm of Littler Mendelson, P.C. hereby enters his appearance and designation as Lead Counsel in this case on behalf of Defendant Stoney's Steakhouse, Inc. in this matter.

All notices given or required to be given in this case, and all papers served or required to be served in this case, shall be given to and served upon:

Aaron Reed, Esq.
E-mail: *areed@littler.com*
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Tel: (305) 400-7500

DATED this 11th day of January 2025.

           Respectfully submitted,
**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida  33131
Tel:  (305) 400-7500

By: */s/ Aaron Reed*
    Aaron Reed
    Florida Bar No. 0557153
    E-mail: areed@littler.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of January 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

        */s/ Aaron Reed*
        Aaron Reed

## SERVICE LIST

**Counsel for Plaintiffs:**
Brian H. Pollock
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
E-mail: brian@fairlawattorney.com
*Served via CM/ECF*

4924-1867-8535.1