UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐     **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency.

☒     **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

DATED this 11th day of February 2025.     Respectfully submitted,

                                                               **LITTLER MENDELSON, P.C.**
                                                              Wells Fargo Center
                                                              333 S.E. 2nd Avenue, Suite 2700
                                                              Miami, Florida 33131
                                                              Tel: (305) 400-7500

                                                                 By: */s/ Aaron Reed*
                                                                     Aaron Reed
                                                                   Florida Bar No. 0557153
                                                                   E-mail: *areed@littler.com*

                                                     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 11th day of February 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

                                                                 */s/ Aaron Reed*
                                                                 Aaron Reed

## SERVICE LIST

**Counsel for Plaintiffs:**
Brian H. Pollock
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
E-mail: *brian@fairlawattorney.com*
***Served via CM/ECF***