UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO. 2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

1. **Date and Attendees**

   > The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

   The parties conducted the planning conference on February 26, 2025. Brian Pollock (counsel for Plaintiffs) and Aaron Reed (counsel for Defendant) attended the conference by telephone.

2. **Deadlines and Dates**

   The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | March 12, 2025 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | April 25, 2025 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B).<br>Plaintiff | February 6, 2026 |
| Defendant | March 6, 2026 |
| Rebuttal | April 3, 2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | April 24, 2026 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | May 22, 2026 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Enter mediator's name, address, and phone number. | May 1, 2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | October 2, 2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | October 14, 2026 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | October 30, 2026 |
| Month and year of the trial term. | November 2026 |

The trial will last approximately 3-4 days and be:

☒ jury.

☐ non-jury.

3. **Description of the Action**

Plaintiffs allege that they were subjected to discrimination based on their race (Black) in violation of 42 U.S.C. §1981, Title VII of the Civil Rights Act ("Title VII"), and the Florida Civil Rights Act ("FCRA"), as well as based on their national origin (Haitian) in violation of Title VII and the FCRA. Specifically, they allege that the termination of their employment was due to such discrimination. Defendant denies that it subjected Plaintiffs to discrimination of any kind.

4. **Disclosure Statement**

☒ Each party has filed a disclosure statement using the required form.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

   ☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

   ☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

   > The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

   ☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.
      ☐ No; instead, the parties agree to these changes:

   B. Discovery may be needed on these subjects:

      - Whether Plaintiffs can establish Defendant's liability;
      - Whether Defendant discriminated against one or more of the Plaintiffs;
      - Whether Defendant terminated the employment of one or more Plaintiffs for a legitimate, non-discriminatory reason;
      - The Plaintiffs' work performance and earnings while employed by Defendant;
      - Whether Plaintiffs suffered any economic or non-economic damages;
      - The economic and non-economic damages claimed by Plaintiffs;

- The Plaintiffs' efforts to mitigate, including any differential in pay or benefits earned since their employment with Defendant;
- Whether Defendant's stated reason for termination of Plaintiffs' employment was credible and/or a pretext for discrimination; and
- Whether Defendant can establish the affirmative defenses pled in response to the Complaint.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes.

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes.

## 10. Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling.

☐ Enter party's name unilaterally requests special handling.

## 11. Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

Dated this 7th day of March 2025.

Respectfully submitted,

| | |
|---|---|
| FAIRLAW FIRM<br>135 San Lorenzo Avenue, Suite 770<br>Coral Gables, Florida 33146<br>Tel: (305) 230-4884 | LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131<br>Tel: (305) 400-7500 |
| */s/ Patrick Brooks LaRou*<br>　Brian H. Pollock<br>　Florida Bar No. 174742<br>　E-mail: *brian@fairlawattorney.com*<br>　Patrick Brooks LaRou<br>　Florida Bar No. 1039018<br>　E-mail: *brooks@fairlawattorney.com* | */s/ Aaron Reed*<br>　Aaron Reed<br>　Florida Bar No. 0557153<br>　E-mail: *areed@littler.com*<br>　Ryan Forrest<br>　Florida Bar No. 111487<br>　E-mail: *rforrest@littler.com* |
| Counsel for Plaintiffs | Counsel for Defendant |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 7th day of March 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send a Notice of Electronic Filing to Counsel of Record.

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Aaron Reed*
　　　　　　　　　　　　　　　　　　　　　　　　　Aaron Reed

4930-6670-0039.1