UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSEPH GERMAIN, JESUNE DERVIL, MEPRILUS PREDELUS, SANTELUS SAIMPRE,

    Plaintiffs,

v.

STONEY'S STEAKHOUSE, INC.,

    Defendant,
_____/

Case No. 2:24-CV-01137-JES-KCD

| | | | |
|---|---|---|---|
| **Judge:** | Kyle C. Dudek | **Counsel for Plaintiff** | Brooks LaRou |
| **Deputy Clerk:** | Courtney Ward | **Counsel for Defendant:** | Ryan Forrest |
| **Court Reporter** | Digital | **Interpreter** | |
| **Date/Time** | March 31, 2025 9:45 AM | **Total Time** | 9:44 AM-9:50 AM 6 minutes |

## Clerk's Minutes - Zoom Rule 16(b) Conf

Counsel appears.

Court discussed case management and scheduling deadlines and other issues regarding case management.

Joint Oral motion for extension of time to file Notice of Selection of Mediator within 14 days.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website. Scheduling Order to issue.

9:50 AM – hearing adjourns.