UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.: 2:24-CV-01137-JES-KCD

JOSEPH GERMAIN, JESUNE DERVIL, MEPRILUS PREDELUS, SANTELUS SAIMPRE,

    Plaintiffs,

v.

STONEY'S STEAKHOUSE, INC.,

    Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL

Defendant Stoney's Steakhouse, Inc. ("Defendant"), gives notice of the appearance of Ryan P. Forrest, Esq., of Littler Mendelson, P.C. as counsel for Defendant Stoney's Steakhouse, Inc. Please forward all pleadings, notices, correspondence, orders, and other papers to the undersigned counsel for the Defendant.

**Dated**: April 1, 2025.

Respectfully submitted,

By: /s/ Ryan P. Forrest
Aaron Reed (FBN 0557153)
E-mail: areed@littler.com
Ryan P. Forrest (FBN 111487)
E-mail: rforrest@littler.com
**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL  33131
305.400.7500 (Tel)
305.675.8497 (Fax)

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of April 2025, a true and correct copy of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below, and also via any additional manner noted below.

/s/ Ryan P. Forrest
Ryan P. Forrest

## SERVICE LIST

**Counsel for Plaintiffs:**
Brian H. Pollack
Florida Bar No. 174742
Email: brian@fairlawattorney.com
Patrick Brooks LaRou
Florida Bar No. 1039018
Email: brooks@fairlawattorney.comPollock
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
E-mail: *brian@fairlawattorney.com*

*Served via CM/ECF*

2