UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO. 2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

 Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

 Defendant.
_____/

**<u>JOINT NOTICE OF MEDIATOR SELECTION</u>**

 Plaintiffs, Joseph Germain, Jesune Dervil, Merprilus Predelus, and Santelus Saimpre, and Defendant, Stoney's Steakhouse, Inc., hereby notify the Court that the parties have selected Scott Callen, Esq., to serve as mediator in this matter. Mr. Callen is a certified mediator in the Middle District of Florida and his business address is 2915 Kerry Forest Pkwy Ste 101, Tallahassee, FL 32309 (Email: sc@kullmanlaw.com).

\*   \*   \*

Dated: April 11, 2025.                    Respectfully submitted,

| | |
|---|---|
| **FAIRLAW FIRM** | **LITTLER MENDELSON, P.C.** |
| 135 San Lorenzo Avenue | Wells Fargo Center |
| Suite 770 | 333 S.E. 2nd Avenue, Suite 2700 |
| Coral Gables, FL 33145 | Miami, Florida 33131 |
| Tel: (305) 686-2460 | Tel: (305) 400-7500 |
| Fax: (305) 230-4844 | Fax: (305) 603-2552 |
| | |
| By: */s/ Patrick Brooks LaRou* | By: */s/ Aaron Reed* |
|     Brian H. Pollack |     Aaron Reed |
|     Florida Bar No. 174742 |     Florida Bar No. 0557153 |
|     Email: brian@fairlawattorney.com |     Email: areed@littler.com |
|     Patrick Brooks LaRou |     Ryan P. Forrest |
|     Florida Bar No. 1039018 |     Florida Bar No. 111487 |
|     Email: brooks@fairlawattorney.com |     Email: rforrest@littler.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 11th day of April 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send a Notice of Electronic Filing to Counsel of Record.

                                                        */s/ Aaron Reed*
                                                        Aaron Reed