UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
CASE NO.  2:24-cv-01137-JES-KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MERPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## JOINT NOTICE OF MEDIATION

Plaintiffs, Joseph Germain, Jesune Dervil, Merprilus Predelus, and Santelus Saimpre, and Defendant, Stoney's Steakhouse, Inc., by and through their undersigned counsel, give notice that the mediation conference in this matter shall be held on September 24, 2025 at 10:00 a.m., with mediator, R. Scott Callen, Esq., 2915 Kerry Forest Pkwy, Suite 101, Tallahassee, FL 32309 (Email: sc@kullmanlaw.com). The parties mutually agree that the mediation will be conducted virtually.

*         *         *

| | |
|---|---|
| Dated: April 30, 2025. | Respectfully submitted, |
| **FAIRLAW FIRM** | **LITTLER MENDELSON, P.C.** |
| 135 San Lorenzo Avenue | Wells Fargo Center |
| Suite 770 | 333 S.E. 2nd Avenue, Suite 2700 |
| Coral Gables, FL 33145 | Miami, Florida 33131 |
| Tel: (305) 686-2460 | Tel: (305) 400-7500 |
| Fax: (305) 230-4844 | Fax: (305) 603-2552 |
| By: */s/ Patrick Brooks LaRou* | By: */s/ Aaron Reed* |
|     Brian H. Pollack |     Aaron Reed |
|     Florida Bar No. 174742 |     Florida Bar No. 0557153 |
|     Email: brian@fairlawattorney.com |     Email: areed@littler.com |
|     Patrick Brooks LaRou |     Ryan P. Forrest |
|     Florida Bar No. 1039018 |     Florida Bar No. 111487 |
|     Email: brooks@fairlawattorney.com |     Email: rforrest@littler.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on this 30th day of April 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will automatically send a Notice of Electronic Filing to Counsel of Record.

*/s/ Aaron Reed*
Aaron Reed