UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

v.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## NOTICE OF DISSOCIATION OF PATRICK BROOKS LAROU, ESQ. AS COUNSEL FOR PLAINTIFF

Patrick Brooks LaRou, Esq., notifies the Court and all parties that he is no longer affiliated with FairLaw Firm, no longer of record for Plaintiff, Joseph Germain, and no longer has an interest in the outcome of this action.

Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiff in this action.

Dated this 19th day of May 2025.

                                                s/ Patrick Brooks LaRou, Esq.
                                                Patrick Brooks LaRou, Esq.

                                                    Fla. Bar No. 1039018
                                                    brooks@fairlawattorney.com
                                                    FAIRLAW FIRM
                                                    135 San Lorenzo Avenue
                                                    Suite 770
                                                    Coral Gables, FL 33146
                                                    Tel:    305.230.4884
                                                    *Counsel for Plaintiff*