UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/KCD

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, AND
SANTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF BY PATRICK BROOKS LAROU, ESQ.

Patrick Brooks LaRou, Esq., pursuant to Local Rules 2.02(c) and 3.01(g), respectfully requests that the Court grant him permission to withdraw as counsel for Plaintiffs Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, based on the following:

1.    Patrick Brooks LaRou, Esq., previously filed a "Notice of Dissociation of Patrick Brooks LaRou, Esq., as Counsel for Plaintiff" [DE 24].

135 San Lorenzo Avenue, Suite 770, Miami, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

2. In that notice, Patrick Brooks LaRou, Esq., informed the Court and all parties that he is no longer affiliated with FairLaw Firm, is no longer of record for Plaintiffs Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, and no longer has an interest in the outcome of this action.

3. The Court subsequently issued an Endorsed Order [DE 25] on May 20, 2025, concerning the aforementioned "Notice of Dissociation," and stated counsel must move to withdraw in compliance with Local Rules 2.02(c) and 3.01(g) if he no longer represents the Plaintiffs.

4. Patrick Brooks LaRou, Esq., therefore requests that the Court enter an Order permitting him to withdraw as counsel for Plaintiffs Joseph Germain, Jesune Dervil, Meprilus Predelus, and Santelus Saimpre, and that he be relieved of any further responsibility in this action.

5. Defense counsel does not oppose (and agrees to) the request to withdraw as counsel.

6. Brian H. Pollock, Esq., and FairLaw Firm continue to represent the Plaintiffs in this action.

WHEREFORE, Patrick Brooks LaRou, Esq., requests this Court to enter an Order granting his request to withdraw as counsel for Plaintiffs and to relieve him of all further responsibilities in this matter based on the foregoing.

Respectfully submitted this 29th day of May 2025.

<u>Patrick Brooks LaRou, Esq.</u>
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave, Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiffs*
