UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

CASE NO.: 2:24-CV-01137-JES/DNF

JOSEPH GERMAIN,
JESUNE DERVIL,
MEPRILUS PREDELUS, and
SAINTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, Joseph Germain, Jesune Dervil, Meprilus Predelus, and Saintelus Saimpre, notify the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 25th day of September 2025.

                                          Brian H. Pollock, Esq.
                                        Brian H. Pollock, Esq. (174742)
                                        brian@fairlawattorney.com
                                        FAIRLAW FIRM
                                        135 San Lorenzo Avenue
                                        Suite 770
                                        Coral Gables, FL 33146
                                        Tel:   305.230.4884
                                        *Counsel for Plaintiffs*