```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JOSEPH GERMAIN, JESUNE DERVIL, MEPRILUS PREDUELUS, and SANTELUS SAIMPRE

      Plaintiffs,

v.                                         Case No:  2:24-cv-1137-JES-DNF

STONEY'S STEAKHOUSE, INC.,

      Defendant.

---

**ORDER**

    This matter comes before the Court on plaintiffs' Notice of Settlement (Doc. #29) filed on September 25, 2025, indicating that the parties have reached a settlement. The case will be administratively closed pending finalization.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the case is hereby **DISMISSED**, without prejudice and subject to the right of the parties, within **THIRTY (30) DAYS** of the date hereof, to submit a stipulated form of final order or judgment **or** request an extension of time should they so choose, **or** for any party to move to reopen the action, *upon good cause being shown*. After that **THIRTY (30) DAY** period, however, without further notice or order, this dismissal shall be deemed *with prejudice* and judgment will be entered. The Clerk is **directed** to terminate any previously scheduled deadlines and

pending motions and administratively close the case pending further Order.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of September 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record

- 2 -