```
              UNITED STATES DISTRICT COURT
               MIDDLE DISTRICT OF FLORIDA
                   FORT MYERS DIVISION
```

JOSEPH GERMAIN, JESUNE DERVIL, MEPRILUS PREDUELUS, and SANTELUS SAIMPRE

    Plaintiffs,

v.                          Case No: 2:24-cv-1137-JES-DNF

STONEY'S STEAKHOUSE, INC.,

    Defendant.

_____

**ORDER**

On September 25, 2025, the Court entered an Order (Doc. #30) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of October 2025.

                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record