UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:24-cv-01137-JES-KCD

JOSEPH GERMAIN, JESUNE DERVIL, MEPRILUS PREDELUS, and SAINTELUS SAIMPRE,

    Plaintiffs,

vs.

STONEY'S STEAKHOUSE, INC,

    Defendant.
_____/

## JOINT STIPULATION FOR RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Joseph Germain, Jesune Dervil, Meprilus Predelus, and Saintelus Saimpre and Defendant Stoney's Steakhouse, Inc., through their respective undersigned counsel, stipulate to the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs, expenses, and attorneys' fees, except as otherwise agreed by the parties.

Respectfully submitted on this 25th day of September 2025

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/Aaron Reed, Esq. |
| Brian H. Pollock, Esq. (174742) | Aaron Reed, Esq. (0557153) |
| brian@fairlawattorney.com | areed@littler.com |
| FAIRLAW FIRM | Littler Mendelson, P.C. |
| 135 San Lorenzo Avenue | Miami Tower |
| Suite 770 | 100 S.E. 2nd Street, Suite 3210, |
| Coral Gables, FL 33146 | Miami, FL 33131 |
| Tel:  305.230.4884 | Tel: (305) 400-7522 |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |